

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2019

No. 04-18-00334-CV

Paulette **BARIBEAU,**
Appellant

v.

**HILL COUNTRY PARTNERS, L.P.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08378
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa. Justice
Irene Rios, Justice

On April 8, 2019, Appellant Paulette Baribeau filed a Motion to Abate Briefing Schedule pending Settlement Discussions pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b). *See* TEX. R. APP. P. 38.6(d); 10.5(b). This case is currently set for submission on May 8, 2019. Although Appellant's motion requests an abatement of the briefing schedule, the procedural rules to which Appellant cites, and the extension to which Appellant refers, seem concerned with the extension of time related to Appellant's Reply Brief.

Appellant is requested to clarify, **no later than April 17, 2019**, any relief that Appellant seeks beyond that of a motion for extension of time to file Appellant's Reply Brief. *See id.* 10.5(b).

It is so **ORDERED** on this 9th day of April, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court